Filed on 12/10/2015 8:32:36 AM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/10/2015 8:35:32 AM
CHRISTOPHER A. PRINE
Clerk

December 10, 2015

1st Court of Appeals
301 Fannin
Houston, Texas 77002

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1008525
Trial Court Number: Four (4)

**Style:**

| CARLA THOMAS AND EUGENE THOMAS | VS. | CALIFORNIA GOLDEN COAST, LLC |
|---|---|---|
| APPELLANT(S) | | APPELLEE(S) |

**Judge:** ROBERTA LLOYD

**Appellant(s) Attorney:**
Michael O. Whitmire, No. 00785240
945 McKinney Street Suite 335
Houston, Texas 77002
Phone: (713) 256-4172
Fax: N/A
E-Mail: mwhitmire@gmail.com

**Appellee(s) Attorney:**
Douglas A. McAninch, No. 00791212
306 W. Edgwood, Suite E
Friendswood, Texas 77546
Phone: (713) 247-0000
Fax: (281) 966-1601
E-Mail: N/A

Carla Thomas and Eugene Thomas, appellants, filed a Notice of Appeal on December 2, 2015 from the Final Judgment that was signed on October 20, 2015.

The Clerk's Record is due to your office on or before December 21, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

CAUSE NO. 1008525

| CALIFORNIA GOLDEN COAST, LLC | § | IN THE COUNTY CIVIL COURT |
| Plaintiff | § | |
| | § | |
| | § | |
| VS. | § | AT LAW NUMBER FOUR (4) |
| | § | |
| CARLA THOMAS | § | |
| AND EUGENE THOMAS | § | |
| Defendants | § | OF HARRIS COUNTY, TEXAS |

## DEFENDANTS' NOTICE OF APPEAL

**TO THIS HONORABLE COURT:**

Come now CARLA THOMAS and EUGENE THOMAS, Defendants in the above-styled and numbered cause, respectfully stating as follows:

1. Pursuant to Texas Rules of Appellate Procedure 25.1 and 26.3, Carla Thomas and Eugene Thomas file this Notice of Appeal.

2. Final judgment was signed and entered in this cause on or about Tuesday, October 20, 2015.

3. Contemporaneously with this Notice of Appeal, Defendants are filing a Motion for Extension of Time, based on technological impediments faced by Defendants' counsel during the week that included November 19, 2015, i.e., the date that Defendants' Notice of Appeal originally would have been due for filing pursuant to the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 26.1(a); TEX. R. APP. P. 10.5(b)(2).

4. This appeal is being taken to either the First or Fourteenth Court of Appeals sitting in Houston.

5. Carla Thomas and Eugene Thomas are the parties appealing.

Respectfully submitted,

**LAW OFFICE OF MICHAEL O. WHITMIRE**

By: _Michael Whit____

Michael O. Whitmire
State Bar No. 00785240
945 McKinney Street, Suite 335
Houston, Texas 77002
Phone: (713) 256-4172
E-Mail: mwhitmire@gmail.com
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2015, a true and correct copy of the above and foregoing instrument is being served by hand delivery and/or electronic service through a state-approved electronic filing service on the following known counsel of record:

Douglas A. McAninch
306 West Edgewood, Suite E
Friendswood, Texas 77546
(281) 996-1601 [Fax]
douglasmcaninch@hotmail.com [E-Mail]

_Michael Whit____

Michael O. Whitmire

3

FJNJ                                        No. 1008525

| CALIFORNIA GOLDEN COAST, LLC | § | IN THE COUNTY CIVIL |
| Successor in interest to | § | |
| Nguyen Hoang Anh Corp. | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | COURT AT LAW NO. FOUR (4) |
| | § | |
| Carla Thomas and Eugene Thomas | § | |
| Defendants | § | HARRIS COUNTY, TEXAS |

## FINAL JUDGMENT

On September 22, 2015, the court called this case for trial. Plaintiff, CALIFORNIA GOLDEN COAST, LLC, appeared through its representative and through its attorney and announced ready for trial. Defendants, Carla Thomas and Eugene Thomas, appeared in person and through their attorney and announced ready for trial. The court impaneled and swore the jury, which heard the evidence and arguments of counsel. The court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the court received, filed, and entered of record. The questions submitted to the jury and the jury's findings are attached as Exhibit "A" and incorporated by reference. Plaintiff moved for judgment on the verdict. The court considered the motion and renders judgment for Plaintiff.

1. Therefore, the court orders that plaintiff, CALIFORNIA GOLDEN COAST, LLC, recover from defendants, Carla Thomas and Eugene Thomas, jointly and severally, the sum of $10,400.00, prejudgment interest on that sum at the annual rate of five percent (5%), in the sum of $1,906.67, post-judgment interest on the total sum of $12,306.67 at the annual rate of five percent (5%), and court costs.

2. Plaintiff requested attorney fees and offered evidence at trial proving reasonable and necessary attorney fees in the amount of $4,500.00. The court orders defendants, CARLA THOMAS and EUGENE THOMAS, jointly and severally to pay Plaintiff $4,500.00 for attorney fees.

3. The court orders execution to issue for this judgment.

4. The court denies all relief not granted in this judgment.

5. This judgment finally disposes of all parties and all claims and is appealable.

SIGNED on _____, 2015.

C:\Users\Doug\Documents\ECLearning\Judgment.docx

**4**



JUDGE PRESIDING

October 20, 2015

Approved and Entry requested:

DOUGLAS A. MCANINCH, P.C.

By:_____

Douglas A. McAninch
TBN 00791212
306 W. Edgewood, Suite E
Friendswood, Texas 77546
(713) 247-0000
(281) 996-1601 Facsimile
ATTORNEY FOR PLAINTIFF

Approved as to form only:

_____

Law Office of Michael O. Whitmire
TBN 00785240
945 McKinney, Suite 335
Houston, Texas 77002
(713) 256-4172 [Telephone]
(713) 984-2002 [Fax]
ATTORNEY FOR DEFENDANTS

FILED
2015 OCT 20 AM 10:43
Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

C:\Users\Doug\Documents\ECLearning\Judgment.docx